**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NADENE MOORE**, on behalf of herself and all others similarly situated, ) ) ) | **Case No.: CV 17-188-DMG (FFMx)** |
| Plaintiff, ) ) | **ORDER RE DISMISSAL OF ACTION [23]** |
| vs. ) ) | |
| **SPRINT COMMUNICATIONS, INC.** ) ) ) | |
| Defendants. ) ) ) | |

In accordance with the parties' Stipulation [Doc. # 23], IT IS HEREBY ORDERED that the individual claims in the above-captioned action are dismissed with prejudice and the putative class claims are dismissed without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and fees.

DATED:  May 25, 2017

_Dolly M. Gee_
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE